**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESMON RAUL CERON, ) | No. CV 11-10730-DOC(CW) |
| )<br>Petitioner, ) | JUDGMENT |
| )<br>v. ) | |
| )<br>LINDA SANDERS (Warden), ) | |
| )<br>Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

DATED: September 20, 2012

_____
DAVID O. CARTER
United States District Judge